# Order

Michigan Supreme Court
Lansing, Michigan

July 6, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156161(66)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant/
      Cross-Appellee,

v

WILBERT JOSEPH McKEEVER,
      Defendant-Appellee/
      Cross-Appellant.
_____/

SC:  156161
COA:  331594
Wayne CC:  12-007733-FH

On order of the Chief Justice, the motion of defendant-appellee/cross-appellant to extend the time for filing his supplemental brief is GRANTED.  The supplemental brief will be accepted as timely filed if submitted on or before August 9, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2018



Clerk